# EXHIBIT 7

# Training clinic alleges MLB hacked accounts in Biogenesis probe

e www.espn.com /mlb/story/_/id/17078668/major-league-baseball-sued-dna-sports-performance-lab-owner-alleged-illegal-hacking-biogenesis-investigation

Jul 14, 2016

- Associated Press

NEW YORK -- The owner of a training and sports medicine clinic sued Major League Baseball and several of its employees Thursday, claiming they caused the company's social media accounts to be illegally hacked during the sport's Biogenesis investigation.

Neiman Nix, a 29th-round draft pick of the Cincinnati Reds in 1998, and his DNA Sports Performance Lab claimed an MLB investigator misrepresented herself as law enforcement and MLB intimidated the company's clients and hacked accounts on YouTube, Facebook and PayPal. The allegations are similar to those filed in a suit two years ago that was dismissed.

Vincent White, Nix's new lawyer, said former MLB investigator Ed Dominguez is cooperating and will testify that MLB employees "illegally gained access to electronic accounts of individuals they investigated through various exploits and phishing schemes. We believe these tactics may have extended to players, team staff and ownership groups."

The suit admits Nix and his company used bioidentical insulin like growth factor (IGF-1), which is derived from elk antlers and is on baseball's list of banned substances.

MLB called the suit "frivolous."

"Mr. White's purported source for this lawsuit is a disgruntled former MLB employee who was terminated for cause," it said in a statement. "Mr. White has been threatening to file this lawsuit for months in an attempt to coerce MLB into paying his client. MLB considers the allegations in this lawsuit, including the allegations relating to the hacking of DNA Sport Lab's social media accounts, to be sanctionable under New York law."

Nix and his lab sued MLB, Major League Baseball Properties, Major League Baseball Enterprises, then Commissioner Bud Selig and MLB investigator Awilda Santana on Feb. 18, 2014, in Florida state court, alleging defamation, slander and tortious interference. MLB senior vice president of investigations Dan Mullin and senior director of investigations George Hanna also were defendants.

The case was dismissed that Nov. 6 by Circuit Judge John W. Thornton, who said the plaintiffs and their lawyers never served the suit on the defendants and failed to show up for scheduled case management conferences.

Thornton wrote "this court's patience is at an end" and then added, referring to the time it took for the case: "TWO HUNDRED SIXTY ONE (261) to perfect service in this case. At no times has a summons in this case ever been issued." He also said the plaintiffs and their lawyers failed to show up for scheduled case management conferences.

"At that time the case wasn't ripe," White said. "Frankly, the cooperation of the investigators we have today makes or breaks this matter."

The new suit, filed in U.S. District Court in Manhattan, claims tortious interference under Florida and New York law and lists MLB, Selig, new commissioner Rob Manfred and Santana as defendants along with MLB vice president of information security Neil Boland.

Mullin and Hannah were terminated by MLB two years ago.

White did not identify others in addition to Dominguez who were cooperating.

"Mr. Dominguez is the most outspoken but we expect other investigators, based on our communications with them, to also be testifying," he said.

White also represents former Mets closer Jenrry Mejia, who was banned for life in February following his third positive drug test.

The Biogenesis investigation led to the suspensions of more than a dozen players, including Yankees star Alex Rodriguez.

# Former Minor Leaguer To Sue MLB, Manfred, Selig for Misconduct During Biogenesis Investigation

sports.vice.com/en_us/article/former-minor-leaguer-to-sue-mlb-manfred-selig-for-misconduct-during-biogenesis-investigation

July 14, 2016

On Thursday, lawyers for Neiman Nix, a former minor league pitcher who went on to start a baseball institute and later a sports performance center in Florida, will file a lawsuit in New York's Southern District against Major League Baseball, MLB commissioner Rob Manfred, and former commissioner Bud Selig for tortious interference with his anti-aging business, which he alleges lost clients and revenue as a result of MLB's actions during the Biogenesis investigation.

Vincent White, Nix's lawyer, said in a press release that he believes he has uncovered "corruption" inside MLB and "mob-like activity" in the commissioner's office, as well as other illegal activities. White previously represented Jenrry Mejia, the former Mets pitcher who was suspended for life by MLB after testing positive three times for performance-enhancing-drugs. The pitcher claims he was framed by MLB after he appealed his second suspension.

Nix alleges in the complaint, which was obtained by VICE Sports, that Major League Baseball's investigators threatened him with criminal charges, spread false allegations about his businesses, represented themselves as DEA and FBI agents, hacked into his company's social media accounts and then had them taken down, and accused him of selling performance-enhancing drugs to major league players.

13 players, including Alex Rodriguez, were suspended as a result of MLB's Biogenesis investigation. But MLB's tactics in that investigation have been questioned. Photo by Jake Roth-USA TODAY Sports

In 2013, the *Miami New Times* reported that the South Florida based anti-aging clinic Biogenesis had been supplying performance enhancing drugs to several major league players. As a result, MLB conducted an investigation and later sued Biogenesis founder Anthony Bosch. Bosch later reached a deal with MLB to cooperate in its investigation, which resulted in 50-game suspensions for 13 players, including Alex Rodriguez. Bosch was sentenced to four years in federal prison in 2015 after having pled guilty to conspiring to distribute testosterone.

The complaint alleges that during its query into Biogenesis, MLB investigators, some representing themselves as federal agents, contacted Nix's colleagues and business clients, asking about Nix and accusing him of selling illegal substances to ballplayers. After Nix complained to MLB about the investigators, then MLB top investigator Daniel Mullin, a former member of the New York City Police Department, said he would use his law enforcement ties to have Nix charged with making fraudulent misrepresentations to minors. Nix also alleges that a top MLB executive attacked his company's YouTube, PayPal, and Facebook accounts and had them shut down. He claims investigators told YouTube officials that he was associated with Biogenesis. The investigations into Nix's business, DNA Sports Performance Lab, ramped up, according to the suit, after the Biogenesis scandal broke open in 2013.

But the investigation into Biogenesis, led by Manfred while Selig was still commissioner, also damaged Major League Baseball's reputation. The league was accused of unethical behavior during the investigation, including allegations that investigators paid hundreds of thousands of dollars for key documents and that one agent had an inappropriate romantic relationship with a witness.

In 2014, MLB fired Mullin, George Hanna, and Ed Dominguez as part of a reorganization of its investigative unit.

"After the Biogenesis investigation, we made a decision that certain structural changes were necessary in order to have a more efficient and effective investigative unit," Manfred told the *New York Times*. "Once we made structural changes, it resulted in the elimination of some positions."

But Nix's lawsuit will once again raise questions about MLB's tactics during the Biogenesis investigation.

Nix alleges that MLB's investigators were told by Manfred and Mullin to stop talking to DEA agents who had been monitoring MLB's investigation to ensure proper conduct. Also, the complaint says that Mullin and Manfred told MLB's investigators to claim they were working with DEA and FBI agents.

During MLB's investigation, Nix says that he was tied a drug scandal, which he denies. He says his facility, DNA Sports Performance Lab, did not sell illegal drugs, steroids, or testosterone. Instead, he says, he sold natural or "bio-identical" substances. He does admit, in the complaint, to using IGF-1 as a main ingredient in his products. The complaint says that IGF-1—Insulin-like growth factor 1, which is derived by shaving off elk antlers and used to help performance—has been approved by the World Anti-Doping Agency, but WADA's own website has it on the prohibited list as a growth factor.

Nix previously sued Major League Baseball in 2014 on similar charges in Florida's 11th Judicial Circuit. That suit was dismissed.

UPDATE (2:50 PM)

At a press conference on Thursday, lawyer Vincent White said that former MLB investigator Ed Dominguez would likely testify in the lawsuit.

- "He and other investigators to testify that Neil Boland initially headed the electronic investigations of the Department of Investigations. Then Neil Boland was tapped to work directly for commissioner Manfred. We expect Dominguez to testify that Boland set up a system for Major League Baseball by which they tracked player will-call tickets and analyzed the information of who was given tickets and cross-referenced it with persons of interest in their investigations. We believe that through this scheme is how they initially implicated Alex Rodriguez."

- "We expect Mr. Dominguez to testify that during his years with Major League Baseball he investigated primarily wellness and anti-aging clinics in Arizona and Florida, where Mr. Nix's business was housed. We expect Mr. Dominguez to testify that Mr. Boland and individuals working under his supervision illegally gained access to electronic accounts of individuals they investigated."

- "We further expect Mr. Dominguez to testify that certain members of the department of investigations were directed not to cooperate with the DEA agents. Possibly even directed to hide information and evidence from those agents. Mr. Nix has been harmed by MLB's actions. An innocent man has been stripped of his livelihood and his business destroyed. It is time we all knew what happened during biogenesis."

- "The takeaway here is that investigators directly involved in Biogenesis will be deposed in this action and baseball may never be the same."

White also said that Mejia would be moving forward with his case in the coming weeks.

UPDATE (3:45 PM)

MLB released the following statement:

"The lawsuit filed today by Neiman Nix against MLB repeats many of the same allegations he asserted in a Florida lawsuit that was dismissed in 2014. Mr. Nix's new attorney, Vincent White, has in the past made outrageous claims about MLB. Mr. White's purported source for this lawsuit is a disgruntled former MLB employee who was terminated for cause. Mr. White has been threatening to file this lawsuit for months in an attempt to coerce MLB into paying his

client. MLB considers the allegations in this lawsuit, including the allegations relating to the hacking of DNA Sport Lab's social media accounts, to be sanctionable under New York law. Other than noting that in Paragraph 40 of the Complaint Mr. Nix admits to selling products purportedly containing at least one banned performance-enhancing substance (IGF-1), MLB has no further comment on this frivolous lawsuit."

*Michael Brice-Saddler contributed to this report.*

# Miami Sports Clinic Owner Says MLB Hacked Him in Quest to Get Biogenesis Clients

www.miaminewtimes.com /news/miami-sports-clinic-owner-says-mlb-hacked-him-in-quest-to-get-biogenesis-clients-8600290

Thursday, July 14, 2016 at 3:29 p.m.

By Tim Elfrink

 

Neiman Nix (right) says MLB commissioner Rob Manfred's investigators hacked him.

Photos: Arturo Paradivila III via Flickr CC/courtesy Neiman Nix

In the heat of their quest to nail baseball stars buying banned drugs from Coral Gables steroid den Biogenesis, Major League Baseball's investigators admittedly went overboard. Some witnesses were offered stacks of cash to cooperate. Others were threatened with lawsuits. MLB's lead investigator even slept with one potential witness.

And according to the owner of another Miami sports clinic, MLB's detectives went as far as illegally hacking his websites to get information and scare off his clients.

Those are the allegations made by Neiman Nix, a former big-league pitcher who ran a clinic called DNA Sports Lab in South Beach. In a federal lawsuit filed in New York today, Nix accuses MLB of killing his business and hacking his accounts because it suspected him of running a shadow operation similar to Biogenesis.

"As a result of MLB's unjust investigation, DNA Sports Lab and Nix suffered irreparable harm to their reputations, lost many clients and... lost many prospective clients," Nix's suit says.

This isn't the first time Nix has made similar allegations. *New Times* wrote about him and his beef with MLB in 2014, and he later filed a lawsuit in Miami-Dade Civil Court making similar claims against MLB. That suit was dismissed in

1/2

April 2015.

But Nix's new federal lawsuit includes some new juice — specifically his claims about MLB's hacking. He says he hired a computer expert who traced attacks on his YouTube page (a major source of new clientele) and his Facebook page to an IP address in New York "where MLB is located," his suit notes.

Nix also cites information from Ed Dominguez, a former MLB investigator, and claims that Neil Boland — currently MLB's vice president of information security — personally directed the hacking attack.

MLB hasn't responded to the new lawsuit, but when Nix filed his initial case in Florida, a spokesman said they would have "no comment on what we regard to be baseless litigation."

SPORTS

# 'Corrupt MLB drug snoops hacked my Facebook'

By Dan Martin     July 14, 2016 | 5:48pm



MLB commissioner Rob Manfred
AP

Alex Rodriguez may be well into his second year back from his suspension, but not everyone has put the Biogenesis scandal behind them.

Neiman Nix, a former minor league pitcher who later opened a sports science center in Florida, filed a lawsuit Thursday alleging Major League Baseball, in the course of its Biogenesis probe, destroyed his business by hacking into social media accounts (Facebook, YouTube, PayPal) because it suspected him of selling performance-enhancing drugs to players.

Nix's attorney, Vincent White, who also is representing ex-Mets closer Jenrry Mejia in his fight against MLB, said he expects former members of the league's Department of Investigation to testify on his client's behalf.

Among those listed in the suit are MLB commissioner Rob Manfred and his predecessor, Bud Selig, as well as Neil Boland, MLB's VP of Information Security, and Awilda Swanson of the Department of Investigations. Among the witnesses on Nix's side is Ed Dominguez, an investigator who was fired by MLB in 2014.

"We expect Mr. Dominguez to testify that Mr. Boland and individuals working under his supervision illegally gained access to electronic accounts of individuals they investigated through various exploits and phishing schemes," White said during a press conference at his

Midtown office. "We believe these tactics may have extended to players, team staff and ownership groups. Our complaint alleges that similar tactics were used to attack and ultimately destroy Mr. Nix's business."

White added he believes "certain members of the Department of Investigations were directed not to cooperate with DEA agents [and] possibly even directed to hide information and evidence from those agents. … It is time we all knew what happened during Biogenesis. The takeaway here is that investigators directly involved in Biogenesis will be deposed in this action and baseball may never be the same."

MLB, in a statement, dismissed the validity of the suit.

"The lawsuit filed today by Neiman Nix against MLB repeats many of the same allegations he asserted in a Florida lawsuit that was dismissed in 2014," the statement read. "Mr. Nix's new attorney, Vincent White, has in the past made outrageous claims about MLB. Mr. White's purported source for this lawsuit is a disgruntled former MLB employee who was terminated for cause."



Attorney Vincent White (left) with client Jenrry Mejia in March
AP

MLB also pointed out that Nix admitted to selling products purportedly containing at least one banned performance-enhancing substance, IGF-1, which is derived from elk antlers.

White said Mejia, who received a lifetime ban for illegal PED usage, "will be moving forward with his case in the coming weeks."

FILED UNDER   **BIOGENESIS**, **JENRRY MEJIA**, **LAWSUITS**, **MLB**

Recommended by

# MLB Responds to Lawsuit over Alleged Misconduct in Biogenesis Investigation

**br** bleacherreport.com /articles/2652148-mlb-responds-to-lawsuit-over-alleged-misconduct-in-biogenesis-investigation

July 14, 2016

Major League Baseball released a response Thursday to a pending lawsuit by former minor league pitcher

Neiman Nix, who said "tortious interference" from the league during its Biogenesis investigation irreparably harmed his anti-aging business.

MLB called the lawsuit "frivolous" in a release provided to Mike Vorkunov of Vice Sports:

> The lawsuit filed today by Neiman Nix against MLB repeats many of the same allegations he asserted in a Florida lawsuit that was dismissed in 2014. Mr. Nix's new attorney, Vincent White, has in the past made outrageous claims about MLB. Mr. White's purported source for this lawsuit is a disgruntled former MLB employee who was terminated for cause. Mr. White has been threatening to file this lawsuit for months in an attempt to coerce MLB into paying his client. MLB considers the allegations in this lawsuit, including the allegations relating to the hacking of DNA Sport Lab's social media accounts, to be sanctionable under New York law. Other than noting that in Paragraph 40 of the Complaint Mr. Nix admits to selling products purportedly containing at least one banned performance-enhancing substance (IGF-1), MLB has no further comment on this frivolous lawsuit.

Nix filed a suit in 2014 making similar allegations, but it was ultimately thrown out of court.  Vincent White, Nix's new attorney handling the case, said he has uncovered new information that reveals MLB acted in a "mob-like" manner.

"A detailed multiyear investigation has brought many items to light, including statements from former employees that have included the breaking of state and federal laws, invasion of privacy, computer hacking, extortion threats, and obstruction of justice," Nix said in a press release, per Craig Calcaterra of NBC Sports.

Biogenesis was a Miami-based anti-aging clinic linked to providing performance-enhancing drugs to numerous athletes, including Alex Rodriguez, Ryan Braun and Nelson Cruz. MLB launched an extensive investigation into the clinic, later suspending Rodriguez for a record 162 games. It suspended fourteen players overall.

As Vorkunov noted, MLB was accused of paying for documents, coercing witnesses and  helping founder Tony Bosch in his court case. MLB later fired some of the lead investigators in the case. Ed Dominguez, one of the men fired, will testify on Nix's behalf, White said at a press conference Thursday:

> He and other investigators to testify that Neil Boland initially headed the electronic investigations of the Department of Investigations. Then Neil Boland was tapped to work directly for commissioner Manfred. We expect Dominguez to testify that Boland set up a system for Major League Baseball by which they tracked player will-call tickets and analyzed the information of who was given tickets and cross-referenced it with persons of interest in their investigations. We believe that through this scheme is how they initially implicated Alex Rodriguez.

MLB has denied all allegations made by Nix and his attorneys throughout.

# Anti-aging clinic owner sues Major League Baseball, claiming it ruined his business

mlb.nbcsports.com/2016/07/14/anti-aging-clinic-owner-sues-major-league-baseball-claiming-it-ruined-his-business-during-biogenesis/

That lawsuit we mentioned yesterday was filed today. The plaintiff is a former minor leaguer, former training academy owner and former anti-aging clinic owner, Neiman Nix. He sued Major League Baseball in New York today alleging that it and its investigators ruined his anti-aging and supplement business via heavy-handed and, in some cases, illegal acts in the course of the Biogenesis investigation.

Nix, who was a 29th round draft pick of the Reds in 1998 but whose career ended early due to arm injuries, operated a Florida anti-aging and supplement business called DNA Sports Labs. Nix says that during the Biogenesis investigation Major League Baseball's investigators — including those who were subsequently fired following allegations of unprofessional and possibly illegal conduct — threatened him and his business with criminal charges, spread false allegations about him and his businesses and claimed to others to be DEA and FBI agents in the course of doing so. Nix says all of this was done with the knowledge of and at the direction of Rob Manfred, who led the investigation on behalf of Bud Selig and Major League Baseball.

Nix further claims that MLB investigators hacked into and/or caused the closure of his company's social media accounts, YouTube account and PayPal, which he used as his primary mode of advertising and payment, forcing them to be taken down and his business to subsequently close. Finally, he claims that MLB investigators falsely accused him of selling performance-enhancing drugs to major league players, which harmed his reputation and ultimately ruined his business.

Nix's complaint alleges that this was not the first time MLB has messed with him. Before opening DNA Labs, Nix owned a training facility for unsigned players in Clearwater, Florida. Nix claims that in 2011, at the prodding of a disgruntled former employee, MLB investigators falsely accused him of claiming to employ real major league scouts in order to lure clients to his academy. Once this lie spread, Nix claims, it caused his business to tank and he had to sell his controlling stake.

Nix previously sued Major League Baseball in Florida in 2014 under many of these same facts. Nix claimed that the attacks on his social media accounts — accomplished primarily by MLB investigators falsely informing YouTube, PayPal and other services on which DNA Labs depended that Nix was associated with Biogenesis — took place in retaliation for Nix filing the Florida suit. That lawsuit was dismissed without prejudice. You can read the entire suit at the embedded link below. I would not expect Major League Baseball to have any substantive comment on the suit, if indeed it does comment on it at all.

As for the merits: it's hard to say based on just a complaint. These things always turn on the facts, and presenting actual evidence is not the purpose of a complaint. It's worth noting, however, that Nix is not the first person to accuse Major League Baseball and its investigators of misconduct during the Biogensis investigation and, again, its lead investigators on the Biogenesis case were subsequently fired. Moreover, going back to the Mitchell Report, Major League Baseball has a history of closely associating itself with law enforcement and hiring former law enforcement officers in the course of what are, essentially, internal company investigations. It's not crazy to assume, therefore, that at some point its investigators either created the impression that they were, in fact, members of law enforcement or allowed that impression to persist, much to their advantage. And, allegedly, in violation of the law.

The claims Nix asserts — tortious interference with business relationships — are often hard to win. But they're not frivolous. The mud through which Major League Baseball trudged in order to nail Alex Rodriguez and the other ballplayers at the end of the Biogenesis investigation was pretty thick. It's not at all shocking, therefore, that Major

League Baseball is now accused of having a great deal of it on its shoes.

**UPDATE**: Major League Baseball has released a statement in response to the lawsuit:

2/2

> *"The lawsuit filed today by Neiman Nix against MLB repeats many of the same allegations he asserted in a Florida lawsuit that was dismissed in 2014. Mr. Nix's new attorney, Vincent White, has in the past made outrageous claims about MLB. Mr. White's purported source for this lawsuit is a disgruntled former MLB employee who was terminated for cause. Mr. White has been threatening to file this lawsuit for months in an attempt to coerce MLB into paying his client. MLB considers the allegations in this lawsuit, including the allegations relating to the hacking of DNA Sport Lab's social media accounts, to be sanctionable under New York law. Other than noting that in Paragraph 40 of the Complaint Mr. Nix admits to selling products purportedly containing at least one banned performance-enhancing substance (IGF-1), MLB has no further comment on this frivolous lawsuit."*

Saying it's "sanctionable" is a shot at the lawyer who filed it, saying that it was unethical for him to file the suit, not merely that the suit has no merit. That's way beyonf the usual rhetoric you see. So buckle up, kids. This should be a bumpy ride.

# Florida fitness 'guru' sues MLB for destroying his business - NY Daily News

www.nydailynews.com /sports/baseball/florida-fitness-guru-sues-mlb-destroying-business-article-1.2711506

Neiman Nix, the owner of a Florida sports performance facility and a baseball academy, sued Major League Baseball in federal court Thursday, claiming the league's 2013 Biogenesis doping crackdown destroyed his Florida business.

In a brief press conference held at his Lexington Avenue offices, attorney Vincent White told reporters that his client, Nix, "has been harmed by Major League Baseball's actions." The complaint also names former baseball commissioner Bud Selig and current commissioner Rob Manfred, as well as MLB vice president of information security Neil Boland and MLB investigator Awilda Santana, as defendants.

White said that the same alleged tactics that MLB used when it conducted its probe into Anthony Bosch's Biogenesis anti-aging clinic - including hacking into baseball players' computer accounts - were also employed when baseball investigated Nix, who the complaint says played in the Brewers system before he opened his businesses.

"An innocent man has been stripped of his livelihood and his business destroyed. It is time we all knew what happened with Biogenesis," White said. He added that former investigators with MLB's Department of Investigations, including Eduardo Dominguez, would be testifying in the Nix case. Dominguez and several other DOI members, including the head of that unit, Dan Mullin, were fired in 2014, only months after the MLB Biogenesis investigation resulted in the doping suspensions of Yankee Alex Rodriguez and 13 other players. A-Rod was suspended for the 2014 season.

MLB responded Thursday with a statement that called Nix's lawsuit "frivolous."

"The lawsuit filed today by Neiman Nix against MLB repeats many of the same allegations he asserted in a Florida lawsuit that was dismissed in 2014," reads the statement. "Mr. Nix's new attorney, Vincent White, has in the past made outrageous claims about MLB. Mr. White's purported source for this lawsuit is a disgruntled former MLB employee who was terminated for cause. Mr. White has been threatening to file this lawsuit for months in an attempt to coerce MLB into paying his client. MLB considers the allegations in this lawsuit, including the allegations relating to the hacking of DNA Sport Lab's social media accounts, to be sanctionable under New York law."

Dominguez, when reached by the Daily News, declined comment.

White said in the press conference that Dominguez would be testifying about many of the complaint's claims.

"We expect Mr. Dominguez to testify that Mr. Boland and individuals working under his supervision, illegally gained access to electronic accounts of individuals they investigated, through various exploits and schemes," said White.

"We believe these tactics may have extended to players, team staff, and ownership groups."

The 16-page lawsuit, filed in U.S. District Court in Manhattan, also claims that a previous MLB investigation in 2012 torpedoed Nix's baseball development academy, which Nix says was unfairly accused of "misrepresenting certain individuals as MLB scouts, representing himself as an MLB agent, and/or running fake tryouts."

Nix claims Santana first began questioning people about him back in August 2011, when the baseball academy had caught DOI's attention. After being forced to sell his shares in the academy, Nix started the DNA Sports Lab, where he claims he never worked with baseball players. He says MLB "unjustifiably targeted" the facility in early 2013, when the Biogenesis doping scandal burst into view.

# Lawsuit Alleges MLB Hacked Social Media

www.vocativ.com/340771/lawsuit-alleges-mlb-hacked-social-media/

**The owner of a sports science lab claims his business was ruined after the league targeted him as a suspected peddler of performance-enhancing drugs**



Getty Images

By Joe Lemire

Jul 14, 2016 at 5:40 PM ET

Like any modern small business, DNA Sports Labs, a training and sports science lab in Florida, relied on social media, using YouTube and Facebook to advertise its products and PayPal to broker sales. Until two years ago, when proprietor Neiman Nix says Major League Baseball destroyed his operation. Nix, a former Cincinnati Reds draft pick, alleged in a lawsuit filed in federal court on Thursday that MLB targeted him over a belief that he was "selling illegal substances to MLB players."

In an afternoon press conference on the 16th floor of Midtown Manhattan's General Electric building—a major step up in digs from the last time attorney Vincent White hurled accusations at MLB—Nix again denied that he was engaged in illegal activity and said, "I am totally against performance-enhancing drugs." (White also represents banned-for-life Mets pitcher Jenrry Mejia, whose own lawsuit could be filed next week, and previously said the

1/2

league has engaged in "dirty cop tactics.")

White added another element that was not in the suit. He claimed the league had "tracked will-call tickets and analyzed the information of who was given tickets by players and cross-referenced it with persons of interest in their investigations." That, he said, was how MLB first implicated Alex Rodriguez in the Biogenesis scandal that led to 13 suspensions, including a year-long ban for Rodriguez.

Curiously, the complaint notes in Paragraph 40 that Nix and his company used the elk antler-derived insulin-like growth factor ("IGF-1") and, subsequently, that "this line of products has been approved by the World Anti-Doping Agency ('WADA')." A cursory Google search, however, leads one to WADA's Prohibited List where the section on Peptide Hormones, Growth Factors, Related Substances, and Mimetics includes an entry for "Insulin-like Growth Factor-1 (IGF-1) and its analogues."

Indeed, MLB released a statement saying, in part, that "the allegations in this lawsuit, including the allegations relating to the hacking of DNA Sport Lab's social media accounts, to be sanctionable under New York law. Other than noting that in Paragraph 40 of the Complaint Mr. Nix admits to selling products purportedly containing at least one banned performance-enhancing substance (IGF-1), MLB has no further comment on this frivolous lawsuit."

Nix filed a similar complaint in Florida two years ago that was ultimately dismissed. The suit has been revived, Nix and White said, because of additional information they've come across and the addition of former league investigators to the witness list—most prominently, Edward Dominguez, who declined comment and whom the league deemed a "disgruntled former MLB employee who was terminated for cause."

"There appears to have been a tactic employed by Major League Baseball where they were targeting all of these clinics in Florida, whether or not they had any reason to believe that these businesses ever dealt with any player," White said. "Unfortunately, my client appears to have been caught up in that even though he did not deal with players."

Among the allegations White expects Dominguez to testify to are the phishing schemes MLB purportedly used to hack electronic accounts, as well as a directive to be uncooperative with DEA agents and possibly to hide evidence.

"Mr. Nix has been harmed by Major League Baseball's actions," White said. "An innocent man has been stripped of his livelihood, and his business has been destroyed. It is time we all knew what happened during Biogenesis.

"The takeaway here is that investigators directly involved in Biogenesis will be deposed in this action, and baseball may never be the same."